UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TIFFANY FLORENCE SARDEN,<br><br>　　　　　Defendant. | CR99-607 TSZ<br><br>ORDER |

Upon the application of Paul Standfield, on behalf of Oak Point Partners, LLC ("Applicant"), seeking payment of $85.74 representing funds previously unclaimed by Hollywood Entertainment, and it appearing from the application and supporting documentation that Applicant is entitled to the unclaimed funds, the Court now orders that the Clerk disburse $85.74, as well as any future restitution payments toward the obligation owed to Hollywood Entertainment, to Applicant at the following address:

> Oak Point Partners, LLC
> P.O. Box 1033
> Northbrook, IL  60065-1033

The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 15th day of February, 2019.

　　　　　　　　　　　　　　　　　　　　/s/ Thomas S. Zilly
　　　　　　　　　　　　　　　　　　　　Thomas S. Zilly
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1